IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALAN DAVID McCORMACK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-558-bbc

KENNETH L. KUTZ, WILLIAM NORINE,
BURNETTE COUNTY OFFICE OF THE
DISTRICT ATTORNEY, WILLIAM A.
DINGMANN, ROBERT KELLBERG,
DONALD L. TAYLOR, BURNETT COUNTY
SHERIFF'S DEPARTMENT and
BURNETT COUNTY CIRCUIT COURT,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff's failure to state a claim.

_____      11/16/12
Peter Oppeneer, Clerk of Court          Date